No. 325.  HILL ET AL. *v.* SAME;

No. 326.  THOMPSON ET AL. *v.* SAME;

No. 327.  HULL ET AL. *v.* SAME; and

No. 328.  FORDHAM ET AL. *v.* SAME.  October 14, 1935. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Mr. Raymond M. Hudson* for petitioners.  *Solicitor General Reed, Assistant Attorney General Blair,* and *Mr. Edward T. Burke* for respondents.

No. 329.  O'TOOLE *v.* NEW JERSEY.  October 14, 1935. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied.  *Mr. Arthur O'Toole, pro se.  Mr. Frank G. Schlosser* for respondent.

No. 330.  FREEPORT TEXAS CO. *v.* BOWERS, EXECUTOR. October 14, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Paul Armitage* for petitioner.  *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Paul R. Russell* for respondent.

No. 332.  HAYS, TRUSTEE IN BANKRUPTCY, ET AL. *v.* HARRIS ET AL.  October 14, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. Kenneth W. Coulter, Boone T. Coulter,* and *Edward H. Coulter* for petitioners.  *Mr. J. R. Wilson* for respondents.